CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES E. BOYLES, JR., #303481,<br>Petitioner, | Civil Action No. 7:05-cv-00075 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motion for leave to file a response (Dkt. No. 52, which includes petitioner's response) is hereby **GRANTED**; respondent's motion to dismiss is hereby **GRANTED**; the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** as untimely, pursuant 28 U.S.C. § 2244(d)(1); petitioner's remaining requests and/or motions are hereby **DENIED**; and that this action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This _13th_ day of September, 2005.

Senior United States District Judge